# EXHIBIT A

# 1404100908 - LAKE ERIE COLLEGE OF OSTEOPATHIC MEDICINE PROGRAM

Internal Medicine - Erie, PA

< Back To Search

## Accreditation Council for Graduate Medical Education (ACGME) - Public

### Accreditation History Reports

| Academic Year | Status | Effective Date |
| --- | --- | --- |
| 2016 - 2017 | Pre-Accreditation - Pathway A | 6/18/2017 |
| 2017 - 2018 | Initial Accreditation | 7/1/2017 |
| 2018 - 2019 | Initial Accreditation | 7/1/2017 |
| 2019 - 2020 | Initial Accreditation | 7/1/2017 |
| 2020 - 2021 | Initial Accreditation with Warning | 4/9/2021 |
| 2021 - 2022 | Accreditation Withdrawn | 7/31/2022 |
| 2022 - 2023 | Accreditation Withdrawn | 7/31/2022 |

© 2022 Accreditation Council for Graduate Medical Education (ACGME)


ACGME