## **CERTIFICATION OF MEET AND CONFER**

I, Peter J. Adonizio, Jr., Esq. certify that, prior to filing this Motion, I met and conferred in good faith with Plaintiff Daniel A. Salvatierra, D.O., by phone on June 21, 2023, to determine whether the identified pleading deficiencies properly may be cured by amendment.

Dated:  June 26, 2023                           /s/ *Peter J. Adonizio, Jr.*
                                                                Peter J. Adonizio, Jr., Esq.