
## **CERTIFICATE OF SERVICE**

I, Peter J. Adonizio, Jr., Esq., certify that on this date I served a true and correct copy of the foregoing *Defendant's Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint* upon the Plaintiff via certified mail, return receipt requested, addressed as follows:

> Daniel A. Salvatierra, D.O.
> P.O. Box 777183
> Henderson, NV 89077

Dated:  June 26, 2023             /s/ *Peter J. Adonizio, Jr.*
                                  Peter J. Adonizio, Jr., Esq.