IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.O. DANIEL A. SALVATIERRA, | ) | |
| Plaintiff, | ) ) | Civil Action No. 23-1417 |
| v. | ) ) | Judge Cathy Bissoon |
| LAKE ERIE COLLEGE OF OSTEOPATHIC MEDICINE, | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

IT IS SO ORDERED.


January 12, 2024                                                  s/Cathy Bissoon
                                                                             Cathy Bissoon
                                                                             United States District Judge


cc (via First-Class U.S. Mail):